ACCEPTED
12-15-00009-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/13/2015 4:14:39 PM
CATHY LUSK
CLERK

CAUSE NO. 12-15-00009-CR

| | | |
|---|---|---|
| JOE LYNN PITTMAN | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/13/2015 4:14:39 PM

CATHY S. LUSK
Clerk

## MOTION TO
## EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114TH Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. Joe Lynn Pittman and numbered 114-1053-14.

3. Appellant was convicted of Aggravated Assault with a Deadly Weapon.

4. Appellant was assessed a sentence of fifteen (15) years confinement in TDCJ-ID.

5. Notice of Appeal was given on January 14, 2015.

6. The Clerk's Record was filed on January 29, 2015; the Reporter's Record was filed on April 16, 2015 and May 13, 2015.

7. The Appellant's Brief is due on June 12, 2015. Counsel requests the Court an extension of thirty (30) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances.

Since the Reporter's Record in this case was completed, Counsel has filed:

    A. Proposed Findings of Fact and Conclusions of Law in Ex parte Delbetric Hodge writ number 241-1479-13A on May 25, 2015;

    B. Appellant's Brief in Roger Whitener v. State of Texas, cause no. 12-15-00006-CR on May 29, 2015;

C. Appellant's Brief in <u>Larry Maples v. State of Texas,</u> cause no. 12-14-00337-CR on June 1, 2015;

D. Appellant's Brief in <u>Christopher Thurman v. State</u>, cause number 12-15-00007-CR on June 12, 2015;

E. Appellant's Brief in <u>Sidney Lynch v. State of Texas,</u> cause number 12-15-00088-CR on June 19, 2015;

F. Appellant's Brief in <u>Donald Powell v. State of Texas,</u> cause no. 12-14-00355-CR on July 6, 2015; and

G. Appellant's Petition for Discretionary Review in <u>Fatima Rahman v. State of Texas,</u> cause no. PD-0724-15 on July 13, 2015.

9. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties.

10. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in <u>Ricky Harris v. State of Texas,</u> cause no. 12-15-00104-CR on July 22, 2015 with no further extensions;

B Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause no. 12-15-00001-CR on July 22, 2015 with no further extensions;

C. Appellant's Brief in <u>Charlie Motes v. State of Texas,</u> cause no. 12-15-00111-CR on July 23, 2015;

D. Appellant's Brief in <u>Harold Bass v. State of Texas,</u> cause no. 12-15-00071-CR on July 30, 2015;

E. Appellant's Brief in <u>Christopher McLemore v. State of Texas,</u> cause no. 12-15-00091-CR on August 5, 2015;

F. Appellant's Brief in <u>Brittany Michelle Barrett v. State of Texas,</u> cause nos. 12-15-00145-CR, 12-15-00146-CR, and 12-15-00147-CR upon completion of the Clerk's Record and Reporter's Record;

G. Appellant's Brief in <u>John T. Congleton v. State of Texas,</u> cause no.

12-15-00124-CR upon the completion of the Reporter's Record;

H. Appellant's Brief in <u>Gaylord Stevens v. State of Texas,</u> cause nos. 12-15-00162-CR, 12-15-00163-CR and 12-15-00164-CR upon the completion of the Reporter's Record;

I. Appellant's Brief in <u>Sidney Lynch v. State of Texas,</u> cause no. 12-15-00167-15 upon the completion of the Reporter's Record; and

J. Appellant's Brief in <u>Hubert Benjamin v. State of Texas</u>, cause no. 12-15-00172-CR upon the completion of the Reporter's Record.

11. Appellant requests an extension of time due to the above referenced facts and circumstances.

12. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830
Jhugglerlaw@sbcglobal.net

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on July 13, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.


 /S/ James W. Huggler, Jr.
James W. Huggler, Jr.